UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. HARDING,<br><br>        Plaintiff,<br><br>   v.<br><br>TKO MEDICAL CORPORATION,<br><br>        Defendant. | Case No. 1:22-cv-00544-AWI-EPG<br><br>ORDER RE: STIPULATION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES<br><br>(ECF No. 12). |

      Based on the parties' stipulation (ECF No. 12), IT IS ORDERED that the deadline for the parties to serve initial disclosures be extended. The parties shall exchange initial disclosures by October 19, 2022.

IT IS SO ORDERED.

    Dated:  **October 13, 2022**          /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE

1